IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ORIGINAL

FEB -2 2004

| | | |
|---|---|---|
| **EDWARD BUCAJ,** | : | |
| | : | |
| Plaintiff/Claimant, | : | |
| | : | |
| v. | : | CIVIL ACTION FILE NO. |
| | : | 1:02-CV-899-JOF |
| **PLANET SMOOTHIE** | : | |
| **FRANCHISES, LLC,** | : | |
| | : | |
| Defendant/Respondent, | : | |

### SATISFACTION OF JUDGMENT

Plaintiff, EDWARD BUCAJ, hereby states that the Judgment issued by this Court against the Defendant, Planet Smoothie Franchises, LLC, on February 4, 2003 in the amount of $187,184.84 plus interest at the rate of 6.75% has been paid in full and the Clerk is hereby authorized to mark this Judgment satisfied.

Respectfully submitted, this 30th day of January, 2004.

_____
Jeffrey D. Horst
Georgia Bar No. 367834
*Attorney for Plaintiff*

KREVOLIN & HORST, LLC
1175 Peachtree Street, N.E.
Suite 2150, 100 Colony Square
Atlanta, GA 30361
(404)888-9700
(404)888-9577 (facsimile)

FEB 0 4 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel with a copy of the within and foregoing *Satisfaction of Judgment* by depositing the same in the United States mail, in a properly addressed envelope, with adequate postage affixed thereon to insure delivery to:

> Neil A. Moskowitz, Esq.
> Hassett, Cohen, Goldstein, Port & Gottlieb, LLP
> One Lakeside Commons
> 990 Hammond Drive, Suite 990
> Atlanta, GA 30328

This 30th day of January, 2004.

                                            Jeffrey D. Horst
                                            Georgia Bar No. 367834
                                            *Attorney for Plaintiff*

KREVOLIN & HORST, LLC
1175 Peachtree Street, N.E.
Suite 2150, 100 Colony Square
Atlanta, GA 30361
(404)888-9700
(404)888-9577 (facsimile)